UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UFCW LOCAL 174 COMMERCIAL PENSION
FUND, BY ITS TRUSTEE,

       Civil Action No.: 1:25-cv-08318-VEC

     Plaintiffs
   vs.

R & W PROVISIONS CO., INC. d/b/a R&W
PROVISIONS CO., INC. d/b/a R & W
PROVISIONS COMPANY INC.; XYZ
CORPORATIONS 1-10; and JOHN AND JANE
DOES 1-10,

     Defendants.
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

   I, Michael S. Adler, declare under penalty of perjury that on November 4, 2025, I have served a copy of the attached Request for Clerk's Certificate of Default, the Affidavit in Support of Request for Clerk's Certificate of Default (and attached exhibits) and the Clerk's Certificate of Default, via first class mail upon:

   R & W PROVISIONS CO., INC. d/b/a
   R&W Provisions Co., Inc. d/b/a R & W
   PROVISIONS COMPANY INC.
   355 Food Center Drive, Unit E-7,
   Bronx, New York 10474

Dated: New York, New York
    November 4, 2025

          /s/ Michael S. Adler
          Michael S. Adler
          COHEN, WEISS AND SIMON LLP
          909 Third Avenue, 12th Floor
          New York, NY 10022-4869
          (212) 563-4100
          madler@cwsny.com
          *Counsel for Plaintiffs*