```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UFCW LOCAL 174 COMMERCIAL PENSION  :
FUND, BY ITS TRUSTEE,              :
                       Plaintiff,  :
                                                                      :

                -against-       :      25-CV-08318 (VEC)
                                                                       :
R & W PROVISIONS CO., INC. d/b/a R&W  :      ORDER
PROVISIONS CO., INC. d/b/a R & W       :
PROVISIONS COMPANY INC.; XYZ           :
CORPORATIONS 1-10; and JOHN AND JANE   :
DOES 1-10,                             :
                                                                       :
                       Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 8, 2025, Plaintiff filed a Complaint against Defendants, Dkt. 1;

       WHEREAS Plaintiff served Defendants on October 10, 2025, Dkt. 7;

       WHEREAS Defendants did not answer or otherwise respond by October 31, 2025;

       WHEREAS on November 4, 2025, Plaintiff filed a Proposed Clerk's Certificate of Default and supporting Affidavit, Dkts. 9-10; and

       WHEREAS on November 4, 2025, the Clerk's Office entered a Clerk's Certificate of Default, noting the default of Defendant R & W Provisions Co., Inc. d/b/a R&W Provisions Co., Inc. d/b/a R & W Provisions Company Inc., Dkt. 11.

       IT IS HEREBY ORDERED that Plaintiff is directed to move for entry of a default judgment in accordance with the Court's Individual Practices in Civil Cases, specifically section 4(H), which references Attachment A and Local Rule 55.2, not later than **November 24, 2025**.

**SO ORDERED.**

Date: November 5, 2025
      New York, New York

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**